COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Roxanne Monique Kennedy

Appellate case number:    01-20-00061-CV

Trial court case number:  15-FD-2255

Trial court:              306th District Court of Galveston County

Because the Court has withdrawn the original opinion on its own motion and issued a revised opinion, the Court **orders** the motion for en banc reconsideration **dismissed as moot**. *See* TEX. R. APP. P. 41.2(c), 49.7.

Judge's signature: ___Justice Peter Kelly_____
                        ☐ Acting individually    ☑ Acting for the Court

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams

Date:  _December 22, 2020_____